FILED

07/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0053

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0053

_____

A & A CONSTRUCTION, INC.,

     Plaintiff and Appellant,

   v.

ATLANTIC CASUALTY INSURANCE
COMPANY,

     Defendant and Appellee.

_____

O R D E R

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Ashley Harada, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 1 2020